UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| KEENA MOORE PRATT, | ) | Civil Action No. 0:20-cv-00750-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of Defendant's unopposed Motion to Remand, ECF No. 23, it is hereby **ORDERED** that the Motion is granted. Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the court hereby reverses the Commissioner's decision under sentence four of section 405(g) with a remand of the action to the Commissioner for further evaluation. It is further **ORDERED** that a final judgment will enter in this matter, pursuant to sentence four of section 405(g).

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Charleston, South Carolina
March 4, 2021